# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICKY ASHLEY**  **PLAINTIFF**
ADC #099718C

v.  Case No. 4:20-CV-00285 BSM

**J. THOMAS RAY**  **DEFENDANT**

## ORDER

Ricky Ashley's motion to proceed *in forma pauperis* [Doc. No. 1] is denied.

Ashley has received at least three strikes under the PLRA. *See Ashley v. Moody*, 4:18-CV-00482 BRW (E.D. Ark. filed July 25, 2018); *Ashley v. Moody, et al.*, 4:18-CV-00497 BSM (E.D. Ark. filed July 31, 2018); *Ashley v. Moody., et al.*, 4:18-CV-00498 KGB (E.D. Ark. filed July 31, 2018). Based on the allegations in his complaint [Doc. No. 2], it does not appear that Ashley is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If Ashley would like to continue with this case, he must first pay the filing fee of $400 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 26th day of March 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE