# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICKY ASHLEY**                                                                                     **PLAINTIFF**
**ADC #099718C**

**v.**                               Case No. 4:20-CV-00285 BSM

**J. THOMAS RAY**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of March 2020.

                                                                           _/s/ Brian S. Miller_
                                                             UNITED STATES DISTRICT JUDGE